# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MacroPoint, LLC     v.     FourKites, Inc.

No. 16-1286

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: MacroPoint, LLC
                                    Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☒ Appellant     ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

Name: Craig E. Countryman
Law Firm: FISH & RICHARDSON P.C.
Address: 12390 El Camino Real
City, State and Zip: San Diego, CA 92130
Telephone: 858-678-5070
Fax #: 858-678-5099
E-mail address: countryman@fr.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 8/7/07

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes     ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date December 18, 2015     Signature of pro se or counsel /s/ Craig E. Countryman

cc: Counsel of Record

Reset Fields

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  12/18/2015
by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| Craig E. Countryman | /s/ Craig E. Countryman |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | FISH & RICHARDSON P.C. |
| Address | 12390 El Camino Real |
| City, State, Zip | San Diego, CA 92130 |
| Telephone Number | 858-678-5070 |
| Fax Number | 858-678-5099 |
| E-Mail Address | countryman@fr.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

[Reset Fields]